IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CANADA,

    Plaintiff,

v.

J. BROWN,

    Defendant.

No. C-13-4674 TEH (PR)

ORDER OF DISMISSAL

    Plaintiff Ronald Lee Canada commenced this action when he filed a two-page letter with the Court on October 8, 2013, complaining of conditions at Pelican Bay State Prison. Doc. #1. The Court cannot act on informal letters, documents, narratives, requests, etc. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and that he must do so in order for his action to proceed. Doc. #2. The Clerk also notified Plaintiff in writing that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application (Doc. #3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within twenty-eight (28) days would result in

dismissal of the action. Doc. ## 2 & 3.

  The deadline to file the complaint has passed, and Plaintiff has not filed a complaint nor an IFP application. This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint, complete an IFP application or pay the filing fee.

  The Clerk shall terminate all pending motions as moot and close the file.

  IT IS SO ORDERED.

DATED 1/6/14

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Canada 13-4674-Dis.IFP.wpd

2